THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RENEE KATHLEEN VARGAS,

    Plaintiff,

v.

NANCY BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

3:16-CV-2003
(JUDGE MARIANI)

## ORDER

AND NOW, THIS _____ DAY OF APRIL, 2018, upon review of Magistrate Judge Saporito's Report & Recommendation, (Doc. 15), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 15), is **ADOPTED**, for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge